# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHRISTOPHER RICHARD**                                                                                         **PLAINTIFF**

**v.**                                        **Case No: 4:24-cv-01047-LPR**

**LIFE INSURANCE COMPANY**
**OF NORTH AMERICA**                                                                                          **DEFENDANT**

## ORDER

On August 19, 2025, Plaintiff filed a Motion to Dismiss this case with prejudice based on a settlement agreement reached by the parties.[1] Defendant has not filed any opposition to the Motion, and the time for doing so has expired.[2] Accordingly, Plaintiff's Motion to Dismiss is GRANTED and this case is DISMISSED with prejudice, with each party bearing its own costs and attorney fees. The Clerk is instructed to close this case.

IT IS SO ORDERED this 5th day of September 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Pl.'s Mot. to Dismiss (Doc. 23); Pl.'s Am. Mot. to Dismiss (Doc. 24).

[2] *See* Local Rule 7.2(b) (setting a 14-day response deadline to oppose a motion). On August 19, 2025, the Court emailed Defendant's counsel to ascertain Defendant's position on the Motion. The Court did not receive a response.