IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER RICHARD**  **PLAINTIFF**

v.   Case No: 4:24-cv-01047-LPR

**LIFE INSURANCE COMPANY**
**OF NORTH AMERICA**   **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 5th day of September 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE